```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
MIRIAM CAMARA,                                                 :
                                                               :
                                Plaintiff,                     :
                                                               :    21-cv-1713 (LJL)
                -v-                                            :
                                                               :    ORDER
ALLTRAN FINANCIAL LP,                                          :
                                                               :
                                Defendant.                     :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

     A conference in this matter was held today.  The oral motion by Defendant for a stay of discovery is denied.  Defendant shall respond to Plaintiff's motion to compel by August 27, 2021.  Plaintiff shall have until August 30, 2021 to file a reply limited to no more than two single-spaced pages.  Plaintiff shall also file the discovery requests and responses at issue by August 26, 2021 at 5:00 p.m.  Plaintiff shall respond to the motion for judgment on the pleadings as provided for in the Local Rules and my Individual Practices.  During the conference call, Defendant conceded liability under the FDCPA.  Plaintiff is warned that with respect to attorney's fees (if it comes to that), the Court will award only those fees that are _reasonable_ in light of Defendant's concession and with respect to discovery, the Court will consider what is "proportional to the needs of the case," Fed. R. Civ. P. 26(b)(1), given Defendant's concession, the allegations in the complaint, and the arguments in the motion for judgment on the pleadings.

     SO ORDERED.

Dated: August 26, 2021
       New York, New York

                                                               LEWIS J. LIMAN
                                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2021