```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MIRIAM CAMARA,                                                         :
                                                                       :
                                Plaintiff,                             :
                                                                       :      21-cv-1713 (LJL)
        -v-                                                            :
                                                                       :      ORDER
ALLTRAN FINANCIAL LP,                                                  :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2021

LEWIS J. LIMAN, United States District Judge:

The opposition letter filed in response to Plaintiff's motion to compel is in violation of the Court's individual practices. Responses to letter motions are limited to three pages.

The Clerk of Court is respectfully directed to strike Dkt. No. 24. Defendant has until 5:00 p.m. on Monday, August 30, 2021 to file a conforming letter response. Plaintiff's reply is due Tuesday, August 31, 2021 at 5:00 p.m.

SO ORDERED.

Dated: August 30, 2021
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge